1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
RAYMOND RIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. F 08-426 LJO |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| RAYMOND RIOS, | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | |

Defendant, RAYMOND RIOS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Karen Ann Escobar, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 20, 2009, this Court sentenced Mr. Rios to a term of imprisonment of 87 months;

3. His total offense level was 27, his criminal history category

1 was III, and the resulting guideline range was 87 to 108 months;

2     4. The sentencing range applicable to Mr. Rios was subsequently lowered by the United States Sentencing Commission in Amendment 750, made retroactive by Amendment 759 on June 30, 2011;

    5. Mr. Rios's total offense level has been reduced from 27 to 23,[*] and his new resulting guideline range is 57 to 71 months, however, Mr. Rios is subject to a mandatory minimum sentence of 60 months; and,

    6. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Rios's term of imprisonment to a term of 60 months.

Dated: September 13, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Karen Ann Escobar*<br>KAREN ANN ESCOBAR<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>RAYMOND RIOS |

---

[*] The amended offense level takes into consideration the weight of the drugs without packaging.

STIPULATED MOTION and ORDER TO REDUCE SENTENCE

-2-

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Rios is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the total offense level from 27 to 23, resulting in a new guideline range of 57 to 71 months. Mr. Rios is subject to a mandatory minimum sentence, however, of 60 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2009 is reduced to a term of 60 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Rios shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

**Dated:　September 13, 2012**　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE